# United States District Court
## Violation Notice

CVB Location Code: **OR 45**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7904352 | Keedy, T. | F01010 |

7904352

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 10/20/2020 0010 | 41 CFR 102-74.385 |

Place of Offense: ICE FACILITY
4310 S Macadam Ave, Portland 97239

Offense Description: Factual Basis for Charge — HAZMAT ☐

Failure to comply w/ lawful directions.

### DEFENDANT INFORMATION

Last Name: Sakelik   First Name: Caitlyn   MI: B

Street Address: [REDACTED]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US COURTHOUSE
1000 SW 3rd AVE.
PORTLAND, OR 97205

Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: IN CUSTODY

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 12/16/2020 11:27

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **10/21**, 20**20** while exercising my duties as a law enforcement officer in the _____ District of **Oregon**

See attached PC Affidavit

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/21/2020**   T.C. Keedy
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/16/2020 11:27